Approved.
/s/ *Benita Y. Pearson* on 11/20/2019
United States District Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **ROBERTA LINDENBAUM**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**LIBERTY POWER HOLDINGS LLC**, a Delaware limited liability company, and **JOHN DOE CORPORATION**,<br><br>*Defendants*. | Case No. : 1:19-cv-2211<br><br>Judge Benita Y. Pearson<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |

Plaintiff Roberta Lindenbaum hereby gives notice that the above captioned action is voluntarily dismissed, pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, with prejudice as to Plaintiff's individual claims, and without prejudice as to the claims of the uncertified putative class.

Respectfully submitted,

**ROBERTA LINDENBAUM**,

Dated: November 19, 2019

By:  /s/Adam T. Savett
     One of Plaintiff's Attorneys

Adam T. Savett (VA73387)
**SAVETT LAW OFFICES LLC**
2764 Carole Lane
Allentown Pennsylvania 18104
Telephone: (610) 621-4550
Facsimile: (610) 978-2970
E-mail: adam@savettlaw.com

*Attorney for Plaintiff*